# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROSE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DONNA TARTAR,<br><br>　　　　　Respondent.　　　　　／ | CV F   04-6235 AWI SMS HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO PROSECUTE<br><br>[Doc. 7] |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On February 22, 2005, the Magistrate Judge issued a Report and Recommendation that the action be dismissed for Petitioner's failure to comply with the Court's January 7, 2005.   The Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.[1]

　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

///

---

[1] In fact, on March 11, 2005, the Report and Recommendation was returned to the Court as undelivered, with a notation that Petitioner had been "paroled."  (Court Doc. 8.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued February 22, 2005, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED; and
3. The Clerk of the Court is DIRECTED to close this action.  This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 24, 2005**              _____/s/ Anthony W. Ishii_____
0m8i78                                             UNITED STATES DISTRICT JUDGE